**Order entered March 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00067-CV

**CONVERGENCE AVIATION, INC. AND CONVERGENCE AVIATION, LTD.,**
**Appellants**

**V.**

**ONALA AVIATION, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06541**

## ORDER

Before the Court is appellants' agreed motion for extension of time to file their opening

brief.  We **GRANT** the motion.  Appellants' opening brief shall be filed **by April 17, 2019**.

/s/  BILL WHITEHILL
JUSTICE